NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHANCE TRINKLE,                          )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-3722
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____  )

Opinion filed February 28, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; James A. Yancey, Judge.


PER CURIAM.


          Affirmed.


VILLANTI, CRENSHAW, and MORRIS, JJ., Concur.